**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03232-GPG

ANTOINE BRUCE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
J. GERNER, and
C. GOODWIN,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On December 18, 2014, Plaintiff filed a Motion for Reconsideration, ECF No. 6. Plaintiff seeks reconsideration of a dismissal he claims was entered in this case on November 14, 2014.  This case has not been dismissed.  Plaintiff's previous case,14-cv-02068-LTB, however, was dismissed on November 14, 2014.  Nonetheless, because Plaintiff has captioned the Motion with the case number associated with this case and a listing of the parties he has named in this case, the Court denies the Motion, ECF No. 6, as improperly filed in this case and grants Plaintiff leave to refile the Motion in the proper case.

Dated:  December 22, 2014