IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03232-GPG

ANTOINE BRUCE,

    Plaintiff,

v.

CHARLES ALVAREZ,
R. GICONI, and
J. GARNER,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

    ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

    DATED January 26, 2015, at Denver, Colorado.

    BY THE COURT:

    S/ Gordon P. Gallagher

    _____
    United States Magistrate Judge