# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03232-RM-NYW

ANTOINE BRUCE,

    Plaintiff,

v.

CHARLES ALVAREZ,
R. GICONI, and
J. GARNER,

    Defendants.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court on Defendants' Motion to Vacate August 27, 2015 Status Conference (the "Motion"). [#50, filed August 20, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated February 20, 2015 [#26] and the memorandum dated August 20, 2015 [#51].

    IT IS ORDERED that the Motion is GRANTED, the Status Conference set for August 27, 2015 is hereby VACATED and reset for **September 4, 2015, at 10:30 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. **Plaintiff and his case manager shall contact the court at (303) 335-2600 on the above date and at the designated time in order to participate**.

    IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
ANTOINE BRUCE #35363-007
FLORENCE ADMAX
U.S. PENITENTIARY
PO BOX 8500
FLORENCE, CO 81226

DATED: August 24, 2015